# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**PAUL JOSEPH PAVALONE,** :
:
**Plaintiff**     **CIVIL ACTION NO. 3:13-2995**
:
**v.**     **(MANNION, D.J.)**
:     **(BLEWITT, M.J.)**
**FEDERAL BUREAU OF**
**INVESTIGATION,** *et al.*, :
**Defendants** :

## ORDER

For the reasons discussed in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) Judge Blewitt's report and recommendation, (Doc. No. 4), is **ADOPTED IN FULL**;

(2) The plaintiff's complaint is **DISMISSED**;

(3) The clerk is **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 21, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2995-01-ORDER.wpd